**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 155 MAL 2014
:
        Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
      v. :
:
:
:
TERRY SIMONTON, JR., :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is

**DENIED**.